# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KOFI OBENG | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-2905-S-BN |
| | § | |
| COPART, INC. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. On December 17, 2024, Plaintiff Kofi Obeng filed the Motion for Time Extension to Write a Response [ECF No. 5]. The Court **GRANTS** the Motion and has reviewed Plaintiff's December 31, 2024, Response [ECF No. 6]. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 6, 2025.

_____
**UNITED STATES DISTRICT JUDGE**